

# IN THE
# TENTH COURT OF APPEALS

### No. 10-21-00175-CV

## IN RE SHEILA RAY

### Original Proceeding

## From the 18th District Court
## Johnson County, Texas
## Trial Court No. DC-C202000364

## MEMORANDUM OPINION

Relator's Amended Petition for Writ of Mandamus, filed on July 26, 2021, is

denied.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
          Justice Johnson, and
          Justice Smith
Opinion delivered and filed February 2, 2022
[OT06]

